ATLANTIC COAST LINE RAILROAD COMPANY, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 35607.   Promulgated June 29, 1931.

*Robert R. Faulkner, Esq.*, for petitioner.
*L. A. Norman, Esq.*, for respondent.

OPINION.

GOODRICH: The issue here involved is clearly controlled by our prior decisions in the cases of *Chicago, Rock Island & Pacific Railway Co.*, 13 B. T. A. 988; affd., 47 Fed. (2d) 990; and *Charleston & Western Carolina Railway Co.*, 17 B. T. A. 569; affirmed by the Court of Appeals, District of Columbia, May 4, 1931. We hold

therefore that respondent was not in error in including in petitioner's taxable income for the year 1923 the sum of $58,498.64, representing unclaimed wages credited in that year to petitioner's profit and loss account and previously allowed as a part of its operating expenses during the years in which said wage claims accrued. We find the correct deficiency for the year 1923 to be $41,795.08, of which the unpaid balance is $4,448.37.

In accordance with the stipulation entered into between the parties herein we find that on March 29, 1928, petitioner overpaid its income-tax liability for the year 1922 in the amount of $2,630.33, consisting of tax in the amount of $2,059.64, and interest thereon in the amount of $570.69.

*Judgment will be entered in accordance herewith.*